**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF JOHN J. LYNN,  : No. 618 MAL 2022

              Respondent  :

                            : Petition for Allowance of Appeal
                            : from the Order of the Superior Court

              v.  :

                            :

DONNA LYNN-ROBERTS,  :

              Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.